**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Ofc. Devery and Ofc. Rybacki

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF CODY O'BRYAN, by and through its Special Administrator Steve Scow, Esq. and DEBORAH CHILCOTE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SHAUN DEVERY, individually and in his Official Capacity; and OFFICER THOMAS RYBACKI, individually and in his Official Capacity,<br><br>Defendants. | Case Number:<br>2:19-cv-00598-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiffs The Estate of Cody O'Bryan, by and through its Special Administrator Steve Scow, Esq. and Deborah Chilcote, by and through their attorney of record, Andre M. Lagomarsino, Esq. of Lagomarsino Law and Defendants Las Vegas Metropolitan Police Department, Ofc. Devery and Ofc. Rybacki, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that the above-referenced case, and all claims asserted therein, shall be dismissed with prejudice; and

/ / /

/ / /

/ / /

MAC:14687-103 3821558_1 8/23/2019 8:27 AM

1  IT IS FURTHER STIPULATED that each party shall bear its own attorneys fees and
2 costs.
3  IT IS SO STIPULATED this 23rd day of August, 2019.

4 MARQUIS AURBACH COFFING     LAGOMARSINO LAW

By: ___s/Craig R. Anderson_____     By: ___s/Andre M. Lagomarsino_____
Craig R. Anderson, Esq.                                    Andre M. Lagomarsino, Esq.
Nevada Bar No. 6882                                        Nevada Bar No. 6711
10001 Park Run Drive                                       3005 W. Horizon Ridge Pkwy., Ste. 241
Las Vegas, Nevada 89145                              Henderson, Nevada 89052
Attorney for Defendants                                   Attorney for Plaintiffs

## ORDER

IT IS SO ORDERED this  27th  day of August, 2019, that the above-referenced case and all claims asserted therein, shall be dismissed with prejudice; and

IT IS FURTHER ORDERED that each party shall bear its own attorneys fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

MARQUIS AURBACH COFFING

By: ___s/Craig R. Anderson_____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants

MAC:14687-103 3821558_1 8/23/2019 8:27 AM